January 7, 1975.

No. 61. IN THE INTEREST OF D. L. S. (a minor), Appellant, v. STATE, Respondent.

(Also reported in 225 N. W. 2d 102.)

The cause was submitted for the appellant on the brief of *James D. Rudd* and *Daniel E. Fromstein,* both of the Legal Aid Society of Milwaukee, and for the respondent on the brief of *Robert W. Warren,* attorney general, and *Christine M. Wiseman,* assistant attorney general.

Order affirmed.